Form 02 - SUITABLE AGE                    AETNA CENTRAL JUDICIAL SERVICES
    **GLENN A. WOLTHER**
    **ATTN:**
U.S.SOUTHERN DIST. COURT      NEW YORK  COUNTY
------------------------------------------------------

|  |  |
|---|---|
| **RANDAL NAGGIE**           plaintiff | Index No. **07 CIV 3901** |
|  | Date Filed .............. |
| - against - |  |
|  | Office No. |
| **THE CITY OF NEW YORK, ETAL**       defendant | Court Date:   /   / |

------------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:
**BRENTON P. PALMER**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the  State of New York. That on the
**24th** day of **August, 2007   11:58 PM**             at
    **%105TH PRECINCT, 92-08 222ND ST**
    **QUEENS VILLAGE, NY 11428**
I served the   **SUMMONS AND COMPLAINT**
        **FIRST**
        **AMENDED**
        **COMPLAINT**
upon **POLICE OFFICER PATRICK V.WERBER, TAX REG.#921037**
the **DEFENDANT**   therein named by delivering and leaving a true copy or copies of the aforementioned documents with
    **P.O."JOHN SMITH", CO-WORKER WHO REFUSED TRUE NAME**
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**     COLOR: **WHITE**    HAIR: **BROWN**      AGE: **30**  HEIGHT: **5:9**    WEIGHT: **185**
OTHER IDENTIFYING FEATURES:
On **08/28/2007** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.
**AS EVIDENCE BY CERTIFICATE OF MAILING HEREWITH ATTACHED.**
That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
28th  day of  August,       2007tm             .........................

BRETT GOLUB
Notary Public, State of New York         BRENTON P. PALMER  849 939
   No.01G06129491                        AETNA  CENTRAL  JUDICIAL  SERVICES
Qualified in NASSAU                      225 BROADWAY, SUITE 1802
Commission Expires 06/27/2009            NEW YORK, NY, 10007
                                         Reference No: 9GAW55481