

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SARAH B. EVANS
*Assistant Corporation Counsel*
Tel: (212) 788-1041
Fax: (212) 788-9776

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

January 7, 2008

**VIA FAX**

Fax: 212-805-7941
Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>Randal Naggie v. City of New York, et al.</u>, 07 CV 3901 (LAP)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter and write jointly on behalf of all the parties.

    Pursuant to the Court's instructions during the November 7, 2007 conference, we write to respectfully request that the Court schedule a settlement conference, approximately forty-five (45) to sixty (60) days from today, with plaintiff present. Since the November 7, 2007 conference, the parties have continued to make efforts to obtain the underlying documents pertaining to the alleged incident and are exchanging these documents as they become available.

    Defendants note that plaintiff's counsel made a settlement demand today. The City requires additional time to respond to evaluate its position on this case and to respond to plaintiff's demand. However, both parties agree that a settlement conference with plaintiff present, in approximately forty-five (45) to sixty (60) days, would be helpful and may obviate the need for further litigation. During that time, the parties intend to continue to review and exchange the relevant documents, and to negotiate without the Court's assistance.

*Plaintiff and counsel shall appear for a settlement conference on February 27, 2008 at 2:00 p.m.   So ordered*

*January 13, 2008*

*Loretta A Preska*
*USDJ*

In view of the foregoing, it is respectfully requested that the Court grant the within request. Thank you for your consideration.

Respectfully submitted,

Sarah B. Evans
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Glenn A. Wolther, Esq. (By fax)
Attorney for Plaintiff
305 Broadway, Suite 1102
New York, New York 10007
Fax: 212-964-0763