# GLENN A. WOLTHER
ATTORNEY AT LAW
305 BROADWAY · SUITE 1102
NEW YORK, NEW YORK 10007
TEL: (212) 964-2120
FAX: (212) 964-0763

February 14, 2008

**Via Facsimile (212) 805-7941**
Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Court House
50 Pearl Street
New York, NY 10007

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/21/08*

Re:   *Naggie v New York City et al*
      07 cv 3901(LAP)(DFE)

Dear Judge Preska:

    I represent plaintiff, Randal Naggie, in this matter and write with the consent of defense counsel, Ms. Sarah B. Evans, to respectfully request that the settlement conference, scheduled for February 27, 2008 at 2pm, be re-scheduled for another date. This request is necessitated by the fact the Mr. Naggie is enrolled in a M.B.A. program and has a class on Wednesday the 27th that will conflict with the conference. For the Court's convenience I have conferred with Ms. Evans and we both have the following dates open in that time period: February 25, March 10, March 11 after 2pm, and March 13 after 12 pm.

    Accordingly, it is respectfully requested the the February 27th settlement conference be rescheduled for a date and time convenient for the Court.

*[Handwritten: The conference is adjourned to March 31 at 10:30am]*

Respectfully submitted,

SO ORDERED

Glenn A. Wolther (GW-5740)

*[Signed: Loretta A. Preska]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*February 20, 2008*

CC Sarah B. Evans
Assistant Corporation Counsel
New York City Law Department
Via fax: (212) 788-9776