UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RANDAL NAGGIE,

        Plaintiff,

    v.

THE CITY OF NEW YORK, PATRICK V.
WERBER, & JOHN DOES 1-3

        Defendant.

------------------------------------x

07 Civ. 3901 (LAP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

LORETTA A. PRESKA, U.S.D.J.

    In light of the settlement agreement entered into by the parties on March 31, 2008, the Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

Dated:   New York, New York
       April 2, 2008

_____
LORETTA A. PRESKA, U.S.D.J.